# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**TOMMY MOSLEY, ADC #85548**                                           **PLAINTIFF**

**v.**                    **CASE NO. 5:12CV00041 BSM/JTR**

**INTERNAL REVENUE SERVICE et al.**                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is hereby dismissed without prejudice, and the relief sought is denied. It is further certified that an *in forma pauperis* appeal from this judgment would not be taken in good faith.

Dated this 9th day of February 2012.

_____
UNITED STATES DISTRICT JUDGE

Case 5:12-cv-00041-BSM   Document 4   Filed 02/09/12   Page 2 of 2