IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**TOMMY MOSLEY, ADC #85548**                                            **PLAINTIFF**

**v.**                      **CASE NO. 5:12CV00041 BSM/JTR**

**INTERNAL REVENUE SERVICE et al.**                              **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is hereby dismissed without prejudice, and the relief sought is denied. It is further certified that an *in forma pauperis* appeal from this judgment would not be taken in good faith.

Dated this 9th day of February 2012.

                                                      _____
                                                      UNITED STATES DISTRICT JUDGE